## THIRD DEPARTMENT, AUGUST, 1968

## (August 27, 1968)*

■ In the Matter of JOHN WRIGHT, Petitioner, v. ALBERT KRAKES, as Treasurer of the County of Essex, et al., Respondents.— Application for an order to show cause and a writ of mandamus denied, without costs. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.